Civil Action No:

MRS. Debra Michelle Sydow

Vs.

Denver Sheriff Department
Denver Health.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 01 2021

JEFFREY P. COLWELL
CLERK

D- Statement Of Claims

11-21-27



Time stamp – Do not write in this area

18 202906

# DENVER SHERIFF DEPARTMENT
## INMATE GRIEVANCE FORM
(Formulario de queja)

CD#: 0000914802   LOCATION: 3B7L
(Ubicación)

NAME: Mrs. D. Sydow
(Nombre)

DATE AND TIME OF INCIDENT: 11·21·21
(Fecha y hora del incidente)

STATEMENT DETAILING THE ACT OR CONDITION GIVING RISE TO THE GRIEVANCE: I am filing this against
(Declaración detallando el acto o condición que da lugar a la queja) Denver Sheriff Department + Denver Sheriff
Officer Crews. for ① Adequately Private Shower: which Subject me to a
Substancil Risk of sexual assault and harassment by inmates + Jail Staff. ②
Eighth Amendment: By failing to ensure that I can Shower/Clothed out of
the View of guards + male Inmates. ③ Equal Protection Clause of the
14th Amendment: By failing to afford them the same Degree of Privacy
(Female) inmate Enjoy. ④ Prea Violation: 28 C.F.R §115.24(C)
⑤ Violation of PREA Program Statement: 5324.12 according to
housing/Clothing for Transgender inmates. ⑥ Clothing for Transgender
Inmates: On 11·21·21 Officer Crews took my only under shirt that
I have had Since I got to DCD Jail 10·7·21 I am indent and I
Can not Wear Just my Sports Bra to sleep in, in male GP or go to
the male GP Shower like the other inmates Can.

SPECIFIC REMEDY SOUGHT: I plan to prsue Complete Legal Action for all
(Remedio especifico inquirido) 6 Violation by filling my 1983B also To be given a undershirt
and to be housed according to PREA Program Statement 5324.12

STAFF MEMBER ANSWER:
(Respuesta por un miembro del personal)

STAFF MEMBER ANSWERING              BADGE # / CIVILIAN #              DATE OF RESPONSE
(Contestador miembro del personal)   (Número de placa / insignia / Número de empleado civil)   (Fecha de la respuesta)

(IF MORE SPACE IS REQUIRED, ADDITIONAL PAPER MAY BE USED)
(Si requiere más espacio, puede usar otra hoja adicional)

DATE SUBMITTED: 11·21·21   INMATE'S SIGNATURE: Mrs D. Sydow
(Fecha de envío)                (Firma del recluso)

RECEIVED BY: _____   DATE RECEIVED: 11·21·21
(Recibido por)   Print Name   Badge # / Civilian #   (Fecha recibida)

DATE: _____
(Fecha)

ASSIGNED TO: _____
(Asignado a)

COPIES WHITE ( JAIL RECORDS ) CANARY ( INMATE'S WITH ANSWER ) PINK ( INMATE'S IMMEDIATE )

DSD 2015

18 202907

# DENVER SHERIFF DEPARTMENT
## INMATE GRIEVANCE FORM
(Formulario de queja)

Time stamp – Do not write in this area

NAME: Mrs. D. Sydow    CD#: 00000914802 LOCATION: 3B 7L
(Nombre)                                           (Ublcación)

DATE AND TIME OF INCIDENT: 11·21·21
(Fecha y hora del incidente)

STATEMENT DETAILING THE ACT OR CONDITION GIVING RISE TO THE GRIEVANCE: I am filing this grievance
(Declaración detallando el acto o condición que da lugar a la queja) Against the Denver Sheriff Department Medical
Department (Denver Health) for a (PREA) violation for forcing a Transgender
woman to get Her HRT Shoot in 1. Male Population  2. Inside the
inmates cell. I keep requesting that my Shoot be done in medical
and keep getting refused.

SPECIFIC REMEDY SOUGHT: To be given my Shoot out of the eyes of male
(Remedio específico inquirido) General population inside of medical, I also will be
filing this with my 1983 B.

STAFF MEMBER ANSWER:
(Respuesta por un miembro del personal)

STAFF MEMBER ANSWERING                    BADGE # / CIVILIAN #              DATE OF RESPONSE
(Contestador miembro del personal)         (Número de placa / insignia / Número de empleado civil)   (Fecha de la respuesta)

(IF MORE SPACE IS REQUIRED, ADDITIONAL PAPER MAY BE USED)
(Si requiere más espacio, puede usar otra hoja adicional)

DATE SUBMITTED: 11·21·21    INMATE'S SIGNATURE: Mrs. D Sydow
(Fecha de envio)             (Firma del recluso)              DATE RECEIVED: 11·21·21
RECEIVED BY: Crews                                                (Fecha recibida)
(Recibido por)        ·Print Name        Badge # / Civilian #

                                                                    DATE:
ASSIGNED TO:                                                        (Fecha)
(Asignado a)

COPIES WHITE ( JAIL RECORDS ) CANARY ( INMATE'S WITH ANSWER ) PINK ( INMATE'S IMMEDIATE )

DSD 2015

**DENVER SHERIFF DEPARTMENT**
**INMATE GRIEVANCE FORM**
(Formulario de queja)

18 202905

Time stamp – Do not write in this area

NAME: D. Sydow          CD#: 0000914802   LOCATION: 3B 7L
(Nombre)                                  (Ubicación)

DATE AND TIME OF INCIDENT: 10:30am    11/20/21
(Fecha y hora del incidente)

STATEMENT DETAILING THE ACT OR CONDITION GIVING RISE TO THE GRIEVANCE: On 10/22/21 I
(Declaración detallando el acto o condición que da lugar a la queja) was charged by medical for the
amount of $48.09 for chronic care + follow up kites
and on 10/15/21 .91¢ So the total of $49.00 All the kites
say follow up/chronic care. 17-237824, 17 237873, 17-
237825, 17-237814, 17-239900, 17 237896, 17-237897
.91¢ + 17-237897 $7.00

SPECIFIC REMEDY SOUGHT: To have the $49.00 put back on my inmate
(Remedio específico inquirido)  trust Fund being I was charged for chronic
care and follow up kites + we are not to be
charged for either chronic care OR follow up kites

STAFF MEMBER ANSWER: _____
(Respuesta por un miembro del personal)

STAFF MEMBER ANSWERING          BADGE # / CIVILIAN #          DATE OF RESPONSE
(Contestador miembro del personal)   (Número de placa / insignia / Número de empleado civil)   (Fecha de la respuesta)

(IF MORE SPACE IS REQUIRED, ADDITIONAL PAPER MAY BE USED)
(Si requiere más espacio, puede usar otra hoja adicional)

DATE SUBMITTED: 11/20/21     INMATE'S SIGNATURE: Mrs D Sydow
(Fecha de envío)             (Firma del recluso)

RECEIVED BY: Purchem                     520024          DATE RECEIVED: _____
(Recibido por)    Print Name        Badge # / Civilian #   (Fecha recibida)

ASSIGNED TO: _____          DATE: _____
(Asignado a)                                   (Fecha)

DSD 2015          COPIES WHITE ( JAIL RECORDS ) CANARY ( INMATE'S WITH ANSWER ) PINK ( INMATE'S IMMEDIATE )



MRS. Debra Michelle Sydow
# 0000914802
D.S.D
P.O. Box 1108
Denver, CO 80201

Downtown Delivery

DENVER CO 802
29 NOV 2021 PM 9 L

Office of The Clerk United States District Clerk
Alfred A. Arraj Courthouse
901-19th St. Room A105
Denver, CO 80294-3589

80294-250099